# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### Proceeding Memorandum/Order

In Re:   Tracy Krowel                                    Case Number:  10-43004  ( MSH )

Matter:                                                  Chapter:   7

#7   Motion of Creditor Santo Arcuri To Dismiss Bankrutpcy Case Under 11 USC Section 109(g).

MOVANT/APPLICANT/PARTIES

Evans Carter for Santo Arcuri
Tracy Krowel, Pro Se

## COURT ACTION:

<u>Show Cause</u> Order       _____Released           _____Enforced
(#7 Granted)              _____Approved           _____Moot
_____Denied               _____Denied without Prejudice
_____Withdrawn in Open Court
_____Sustained            _____Overruled
_____Continued to: _____
_____Proposed Order to be Submitted by:_____
_____Stipulation to be Submitted by:_____
_____Taken Under Advisement

## DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The case is dismissed pursuant to 11 USC §109(g). The Debtor is barred from filing any bankruptcy petitions for a period of 180 days, commencing on the date of entry of this order.

SO ORDERED: _____ Dated: 7/15/10
Melvin S. Hoffman