# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order

In Re:   Tracy Krowel                                    Case Number:  10-43004  ( MSH )

Matter:                                                  Chapter:   7

#7  Motion of  Santo Arcuri to Dismiss Bankruptcy  Case Under 11  U.S.C. Sec. 109(g).

MOVANT/APPLICANT/PARTIES

Evans Carter for Santo Arcuri
James Ehrhard for Debtor

COURT ACTION:

____ Show Cause Order      ____ Released           ____ Enforced
(Granted)                  ____ Approved           ____ Moot
~~Denied~~                 ____ Denied without Prejudice
____ Withdrawn in Open Court
____ Sustained             ____ Overruled
____ Continued to: _____
____ Proposed Order to be Submitted by: _____
____ Stipulation to be Submitted by: _____
____ Taken Under Advisement

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Motion allowed. Based on the totality of circumstances of debtor's repeated bankruptcy filings, I find that her prior failure to file schedules and other required documents in Case No 10-41945 as required by my order to update dated April 21, 2010 was willful. This case shall be dismissed.

SO ORDERED:

_____  Dated: 8/13/10
Melvin S. Hoffman